

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.   No.

KEVIN BOULWARE (01)

4:14-CR-063

# INDICTMENT

The Grand Jury Charges:

### Count One
### Receipt of a Visual Depiction of a Minor Engaging in Sexually Explicit Conduct
### (Violation of 18 U.S.C. §§ 2252(a)(2) and 2252(b)(1))

Between June 13, 2010, and June 27, 2010, in the Fort Worth Division of the Northern District of Texas, defendant **Kevin Boulware** knowingly received by any means, including by computer, any visual depiction using any means and facility of interstate and foreign commerce, knowing the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct. Specifically, **Boulware** used a computer and the Internet to receive the following visual depiction of a minor engaged in sexually explicit conduct:

| File name | Description of the file |
|---|---|
| 6-27.avi | A video file depicting a nude minor female masturbating |

In violation of 18 U.S.C. §§ 2252(a)(2) and 2252(b)(1).

Forfeiture Notice
(18 U.S.C. § 2253)

Upon conviction of the offense alleged in Count One and pursuant to 18 U.S.C. § 2253(a), defendant **Kevin Boulware** shall forfeit to the United States of America (a) any visual depiction described in 18 U.S.C. § 2252 and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in the offense; (b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense; and (c) any property, real or personal, used or intended to be used to commit or to promote the commission of the respective offense and any property traceable to such property.

The above-referenced property subject to forfeiture includes, but is not limited to, the following:

[Rest of page intentionally left blank]

1. One black CPU, serial number C09040101803, seized pursuant to **Boulware's** consent on February 18, 2011, by FBI agents at **Boulware's** home in Bridgeport, Texas.

A TRUE BILL

*Angela Beard*
FOREPERSON

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

*Aisha Saleem*
AISHA SALEEM
Assistant United States Attorney
State Bar of Texas No. 00786218
801 Cherry Street
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455
E-mail: Aisha.Saleem@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

VS.

KEVIN BOULWARE (01)

### INDICTMENT

18 U.S.C. §§ 2252(a)(2) and 2252(b)(1)

Receipt of a Visual Depiction of a Minor
Engaging in Sexually Explicit Conduct

(1 COUNT)

18 U.S.C. § 2253

Forfeiture

A true bill rendered:

DALLAS  *[signature]*  FOREPERSON

Filed in open court this 25th day of March, A.D. 2014.

Warrant to Issue

*[signature]* 3/26/14
UNITED STATES MAGISTRATE JUDGE